AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JUN 18 PM 12: 02

CLERK

BY TML
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
District of Vermont

UNITED STATES OF AMERICA

V.

Joshua Ian Fudge

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

Case No. 2:25-mj-083-1

USM No. 90057-511

Lisa B. Shelkrot, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   Complaint

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. § 1325(a)(1) | Being an alien to the United States, entered or attempted to enter the United States at a time or place other than as designated by immigration officers. | 06/12/2025 | |

☐ Count(s) _____ ☐ is ☐ are dismissed on motion of the United States

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

   **Time served**

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| Total: | $ remitted | $ waived |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Elizabeth, NJ, 07202

06/13/2025
Date of Imposition of Judgment

/s/ Kevin J. Doyle
Signature of Judge

Kevin J. Doyle, U.S. Magistrate Judge
Name and Title of Judge

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 6/20/2025

06/18/2025
Date